# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WAYNE MCGEE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>T.L. CAREY,<br><br>　　　　　Respondent.<br>_____/ | CV F   05-01103 AWI SMS HC<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>[Doc. 11] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Pending before the Court is Petitioner's request for extension of time to file a traverse, filed December 23, 2005. Good cause having been demonstrated, Petitioner's request for an extension of time is GRANTED to and including February 4, 2006.

IT IS SO ORDERED.

**Dated:   January 19, 2006**　　　　　　**/s/ Sandra M. Snyder**
ah0l4d　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE