1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9    BILLY WAYNE MCGEE,                          CV F   05-01103 LJO SMS HC

10                   Petitioner,                 ORDER DIRECTING RESPONDENT TO
                                                 SUBMIT STATE COURT RECORDS
11        v.

12   T.L. CAREY,

13                   Respondent.

14   _____/

15        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

16   pursuant to 28 U.S.C. § 2254.

17        Petitioner filed the instant petition for writ of habeas corpus on August 29, 2005.

18   Respondent filed an answer to the petition on December 5, 2005, and Petitioner filed a traverse

19   on February 6, 2006.

20        In his answer, Respondent references the state court records as being lodged with the

21   Court.  However, a review of the Court's docket reflects that the Court never received such

22   documents.  Accordingly, within fifteen (15) days from the date of service of this order,

23   Respondent shall submit a copy of the state court records in this matter.

24   IT IS SO ORDERED.

25   **Dated:    July 9, 2007**                          **/s/ Sandra M. Snyder**
                                                  UNITED STATES MAGISTRATE JUDGE
26

27

28

1