IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WAYNE McGEE,<br><br>    Petitioner,<br><br>vs.<br><br>T.L. CARY,<br><br>    Respondent. | 1:05-cv-01103 LJO SMS (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #21) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 6, 2007, petitioner filed a motion to extend time to file objections to findings recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to findings and recommendations.

IT IS SO ORDERED.

**Dated:    August 23, 2007**              /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE