IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WAYNE MCGEE, | 1:05-cv-01103-LJO-SMS (HC) |
| Petitioner, | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| T. L. CARY, | (DOCUMENT #23) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 17, 2007, petitioner filed a motion to extend time to file objections to Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   October 5, 2007**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE