1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   BILLY WAYNE McGEE,              )      1:05-cv-01103-LJO-SMS-HC
                                     )
12              Petitioner,          )      **ORDER ADOPTING FINDINGS AND**
                                     )      **RECOMMENDATION** (Doc. 20)
13   v.                              )
                                     )      **ORDER DENYING PETITION FOR**
14   T.L. CAREY,                     )      **WRIT OF HABEAS CORPUS**
                                     )
15              Respondent.          )      **ORDER DENYING REQUEST FOR**
     _____ )      **EVIDENTIARY HEARING** (Doc. 16)
16
                                            **ORDER DIRECTING CLERK TO ENTER**
17                                          **JUDGMENT FOR RESPONDENT**

18

19        Petitioner is a state prisoner proceeding pro se with a

20   Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

21        On July 25, 2007, the Magistrate Judge filed Findings and a

22   Recommendation that the Petition for Writ of Habeas Corpus be

23   DENIED, Petitioner's request for an evidentiary hearing be DENIED,

24   and the Clerk of Court be directed to enter judgment in favor of

25   Respondent.  These Findings and Recommendation were served on all

26   parties and contained notice that any objections were to be filed

27   within thirty (30) days from the date of service of that order.  On

28   August 6, 2007 and September 17, 2007, respectively, Petitioner

                                        1

1   filed a motion to extend time.  On August 23, 2007 and October 5,
2   2007, respectively, the court granted Petitioner an additional
3   thirty (30) days within which to respond.  On October 18, 2007,
4   Petitioner filed objections to the Findings and Recommendation.  On
5   October 24, 2007, Respondent filed a reply to Petitioner's
6   objections to the Findings and Recommendation.

7        In accordance with the provisions of 28 U.S.C. § 636
8   (b)(1)(C), this Court has conducted a *de novo* review of the case.
9   Having carefully reviewed the entire file, including Petitioner's
10  objections, the Court concludes that the Magistrate Judge's
11  Findings and Recommendation are supported by the record and proper
12  analysis.  Petitioner's objections present no grounds for
13  questioning the Magistrate Judge's analysis.

14       Accordingly, IT IS HEREBY ORDERED that:

15       1.   The Findings and Recommendation, filed July 25, 2007, are
16  ADOPTED IN FULL;

17       2.   The petition for writ of habeas corpus is DENIED;

18       3.   Petitioner's request for an evidentiary hearing, filed
19  February 8, 2006, is DENIED; and,

20       4.   The Clerk of Court enter judgment in favor of Respondent.
21  IT IS SO ORDERED.

22  **Dated:   November 30, 2007**          **/s/ Lawrence J. O'Neill**
23                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28